UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ANTHONY GUIDRY          *    CIVIL ACTION
                                *
VERSUS                    *    NO.
                                *
SUARD COMPANIES      *    SECT.       MAG.
INCORPORATED         *    JUDGE
                                *    MAGISTRATE

**<u>COMPLAINT FOR DAMAGES</u>**

The complaint of Anthony Guidry, an individual of the full age of majority with respect, represents:

1.

Jurisdiction exists in this Court pursuant to 28 U.S.C. Sec. 1333; suit is brought pursuant to the Jones Act, 46 U.S.C. Section 30104 <u>et seq</u>.

2.

This matter is being brought pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and the general maritime law.

3.

Defendant, Suard Companies Incorporated was and now is a domestic corporation authorized to do and doing business in the state of Louisiana and within this district, with its principal place of business located in Lockport, Louisiana.

4.

Plaintiff alleges at all times pertinent hereto, defendant, Suard Companies Incorporated was the owner of property where Plaintiff was injured.

5.

Plaintiff alleges that all times pertinent hereto, he was a Captain aboard vessel(s) owned by Suard Companies Incorporated and operated said vessel(s) upon the navigable waters of the United States, off the coast of Louisiana.

6.

On or about July 13, 2009, Plaintiff, Anthony Guidry, was employed by Suard Companies Incorporated as a captain and was working in the course and scope of his employment in the Suard yard.

7.

At the said time and in the course and scope of his employment Plaintiff was struck in the right eye by a piece of metal.

8.

Anthony Guidry alleges that the cause of the aforementioned accident was, inter alia, the negligence of the defendant and their employees.

9.

The injuries sustained by Anthony Guidry include severe injuries to his body and mind, including but not limited to, his right eye and other serious and permanently disabling injuries to the body and mind.

10.

Because of said injuries and damages, Anthony Guidry, has endured pain suffering and mental anguish, and will continue to so suffer and has sustained loss of income.

11.

Because plaintiff was injured while in the course and scope of his employment, he is entitled to reasonable and necessary maintenance and cure, which is owed to him by defendant, Suard Companies Incorporated.

12.

Anthony Guidry alleges, on information and belief, that he will in the future, because of said injuries and damages to his body and mind, endure pain and suffering and mental anguish as well as loss of income and other elements of damages, all of which entitles Plaintiff, Anthony Guidry, to reasonable damages.

WHEREFORE, Anthony Guidry prays that process in due form of law and according to the Federal Rules of Civil Procedure issue against Defendant , directing it to appear and answer, all and singular, the matters aforesaid; that after due proceedings have been had, there be judgment in favor of Plaintiff, Anthony Guidry and against the Defendant , jointly and severally with any other responsible parties for reasonable

damages, together with legal interest from date of occurrence and for all costs of these

proceedings;

Plaintiff further prays for all general and equitable relief which the justice of the

cause may require and to which they may otherwise be entitled and that all experts' fees

be taxed as costs.

LOUIS ST. MARTIN
(A PROFESSIONAL LAW CORPORATION)

*/s/ Stephen J. Johnson* _____
STEPHEN J. JOHNSON, T.A. (22439)
LOUIS J. ST. MARTIN (12364)
Post Office Box 3320
No. 1 Church Street
Houma, Louisiana 70360
Telephone: (985) 868-9600
Attorneys for Plaintiff


**PLEASE SERVE:**

**SUARD COMPANIES INCORPORATED**
Through its agent for service of process:
Mr. Louis O'Neil Suard, Jr.
311 North Barrios Street
Lockport, Louisiana 70374