UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY GUIDRY | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 11-0728 |
| | * | |
| SUARD COMPANIES | * | SECT.  A    MAG.  4 |
| INCORPORATED | * | JUDGE ZAINEY |
| | * | MAGISTRATE WELLS |

### PLAINTIFF'S RULE 41(a) NOTICE OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Anthony Guidry, who files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a), dismissing his complaint against Suard Companies Incorporated, without prejudice.

Plaintiff submits the present Complaint was filed on April 6, 2011 and that as of the date of this filing the defendant has neither answered the complaint for damages nor filed a motion for summary judgment.

Accordingly, plaintiff files this notice of dismissal with the intention of dismissing the case consistent with Federal Rule of Civil Procedure 41(a).  Further, plaintiff has not

previously filed any other actions, whether in state or federal court, based on the same occurrence.

>LOUIS ST. MARTIN
>(A PROFESSIONAL LAW CORPORATION)
>
>*/s/ Stephen J. Johnson*_____
>STEPHEN J. JOHNSON, T.A. (22439)
>LOUIS J. ST. MARTIN (12364)
>Post Office Box 3320
>No. 1 Church Street
>Houma, Louisiana 70360
>Telephone: (985) 868-9600
>Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of April, 2011, electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to the following: None.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: None

*/s/ Stephen J. Johnson*
STEPHEN J. JOHNSON